AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

**FILED**
MAY - 5 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
Clark Calloway

)
) Case: 1:17-mj-000287
) Assigned To: Magistrate Judge G. Michael Harvey
) Assign. Date: 05/05/2017
) Description: Complaint and Arrest Warrant
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Clark Calloway,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g) (Possession of a Firearm or Ammunition by a Felon)

18 U.S.C. § 924(b) (Transportation of a Firearm with the Intent to Commit a Felon)

Date: 05/05/2017

*Issuing officer's signature*

City and state:   Washington, D.C.

United States Magistrate Judge G. Michael Harvey
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5-5-17, and the person was arrested on *(date)* 5-5-17 at *(city and state)* Washington DC. |
| Date: 5-5-17   FBI SA ADAM RUL by: *Arresting officer's signature*  DUSM Neath, Nathan  *Printed name and title* |