## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. CALLOWAY Jr., Clark                                    Docket No.: 1:17CR00089-001

The Court may enter a minute order for any of the following options:

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☒  Concurs with the recommendation of the Probation Office *to "modify the condition of supervised release to include:*

**Contact Restriction** - *You must not associate, communicate, or otherwise interact, with any known or unknown member of a terrorist organization, or any other known or unknown criminal extremist group or individual. This includes persons who are, or claim to be, involved with violent acts, or advocating for acts of violence, and any persons who are located outside the United States without the approval of the Court. If you inadvertently associate, communicate, or otherwise interact with a known terrorist or extremist group or individual, you must immediately report this to the probation officer.*

**Electronic Device Use** - *You shall not possess or use any device capable of accessing the Internet without the permission of the probation officer. This includes computers, tablets, mobile devices, gaming consoles and smartwatches.*

**Social Media Restriction** - *You must seek the approval of the probation officer if you wish to access, view, or use any online social media. You must not download any social media apps to your phone or computer. You must not access social media on any other device not approved by the probation officer. Social media includes social media sites, chat services, blogs, instant messages, SMS, MMS, digital photos, video sharing websites, emails or any other interactive, online, or electronic communication applications or sites.*

**Propaganda Restriction** - *You must not access, view, use or possess any extremist media. This includes material, such as literature, video, photos, social media, from groups or individuals who promote the use of violence to further an ideological or religious cause. If you inadvertently access, view, use or possess such material, you must immediately report this to the probation officer.*

CALLOWAY Jr. Clark
Docket No: 1:17CR00089-001
Page 8

*Computer Monitoring/Search* - *To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. You must allow the probation officer to install computer monitoring software on any computer. This includes desktops, laptops, mobile devices, smartwatches, gaming systems, private servers, or any other high-speed data processing device performing logical, arithmetic, or storage functions. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.*

   a. *You must not use any services designed to encrypt disguise, mask, or anonymize your online activity, such as TOR, I2P, Freenet, Freepto, Tox, Virtual Private Networks or other anonymizing applications, services, or sites.*
   b. *You shall not use any online gaming services or systems, including mobile device applications.*

*Polygraph* - *Based on reasonable suspicion of the probation officer, you shall submit to polygraph testing to ensure compliance that you are following the requirements of your supervision and/or treatment program."*

2. ☐  No action

3. ☐  Issuance of a warrant and enter into NCIC and schedule a hearing upon execution.

4. ☐  Issuance of a summons and schedule a hearing.

5. ☐  Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐  Other

_____
Richard J. Leon
United States District Judge

2/17/23
Date